THE STATE OF OHIO, APPELLEE, *v.* MOORE, APPELLANT.

(No. 1992—Decided November 18, 1948.)

Mr. *Irvin Carl Delscamp,* for appellee.
Mr. *Walter L. Connors,* for appellant.

BY THE COURT. The cause is submitted on motion of appellee to dismiss the appeal for failure to comply with the provisions of Section 13459-3, General Code, in that appellant failed to file his brief with the transcript.

The provisions of Section 13459-3, General Code, are mandatory and a motion to dismiss the appeal will be sustained for failure to comply therewith. *State* v. *Trimmer,* 80 Ohio App., 545, 547, 76 N. E. (2d), 896; *State* v. *Jarcho,* 65 Ohio App., 417, 30 N. E. (2d), 444; *State* v. *Parnell,* 56 Ohio App., 77, 10 N. E. (2d), 18; *State* v. *Bell,* 52 Ohio App., 11, 2 N. E. (2d), 786; *State* v. *Davis,* 47 Ohio Law Abs., 415; *State* v. *Barber,* 44 Ohio Law Abs., 381, 65 N. E. (2d), 669; *City of Columbus* v. *Balzan,* 38 Ohio Law Abs., 141, 49 N. E. (2d), 592; *State* v. *Smith,* 33 Ohio Law Abs., 612, 35 N. E. (2d), 968.

Motion to dismiss the appeal is sustained.

*Motion sustained.*

WISEMAN, P. J., MILLER and HORNBECK, JJ., concur.